UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE FAUSTINO,

                            Plaintiff,

         -v-

PHYSICIANS REALTY TRUST ET AL.,

                           Defendants.

24 Civ. 538 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court notifies the parties that in a related case to this—No. 24 Civ. 47—the plaintiffs are also challenging the merger of Healthpeak Properties, Inc. and Physicians Realty Trust. Plaintiffs in No. 24 Civ. 47 have moved for a preliminary injunction, on which the Court has scheduled a preliminary injunction hearing for February 5, 2024 at 2 p.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 29, 2024
       New York, New York